# **<u>EXHIBIT 1</u>**

1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada
3  V5C 6C6
4  T : 604-620-2666
   F : 888-509-8168
5  E : simonlin@evolinklaw.com
6
   *Attorney for Plaintiff Catherine Severs*
7
8
                **UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
10                       *(San Francisco)*
11
                                         )
12  CATHERINE SEVERS, an                 ) Case Number: 3:22-cv-04413-RS
    individual                           )
13                                       )
14        Plaintiff,                     )   **JUDGMENT AGAINST**
                                         )   **DEFENDANT HYP3R INC.**
15     vs.                               )
                                         )
16  HYP3R INC., a company                )
17  incorporated in Delaware             )
                                         )
18  (Delaware No: 5717317; California    )
19  SOS No: 3922283)                     )
                                         )
20        Defendant.                     )
                                         )
21                                       )
22                                       )
                                         )
23                                       )
24                                       )
                                         )
25                                       )
26  _____ )
27
28

                              1
  **JUDGMENT**                             Case Number: 3:22-cv-04413-RS

On August 31, 2023, the Court adopted the Report and Recommendation from the magistrate judge that judgment be entered in the Plaintiff's favor. The Court ordered the plaintiff to submit a proposed judgment by September 1, 2023 with interest calculations calculated through September 5, 2023 and conforming to the Report and Recommendation, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Plaintiff Catherine Severs and against Defendant HYP3R INC. in the amount of $20,399,344.70, plus post-judgment interest of $771,430.56,[1] for a total of $21,170,775.26.

Post-judgment interest after this judgment shall be governed by 28 U.S.C. § 1961(a).

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 5, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

---

[1] Post-judgment interest from February 3, 2023 to September 5, 2023 (214 days) at the rate of 6.45%. $20,399,344.70 x (0.0645/365 days x 214 days)