# **EXHIBIT 4**

506600736    04/08/2021

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6647541

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| HYP3R INC. | 04/05/2021 |

**RECEIVING PARTY DATA**

| Name: | HYP3R MEDIA INC. |
|---|---|
| Street Address: | 544 SILVERADO DR. |
| City: | TIBURON |
| State/Country: | CALIFORNIA |
| Postal Code: | 94920 |

**PROPERTY NUMBERS Total: 5**

| Property Type | Number |
|---|---|
| Application Number: | 62403618 |
| Application Number: | 15486229 |
| Application Number: | 15424707 |
| Application Number: | 16252410 |
| Application Number: | 16509725 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | gahmadi@mofo.com |
|---|---|
| Correspondent Name: | MORRISON & FOERSTER LLP. |
| Address Line 1: | 425 MARKET STREET |
| Address Line 4: | SAN FRANCISCO, CALIFORNIA 94105 |

| ATTORNEY DOCKET NUMBER: | 75792-4 |
|---|---|
| NAME OF SUBMITTER: | GOLZAR SILLANPAA |
| SIGNATURE: | /Golzar Sillanpaa/ |
| DATE SIGNED: | 04/08/2021 |

**Total Attachments: 2**  
source=Hyp3r Patent Assignment#page1.tif  
source=Hyp3r Patent Assignment#page2.tif

506600736

**PATENT**  
**REEL: 055870 FRAME: 0893**

PATENT ASSIGNMENT

This Patent Assignment is made effective as of April 5, 2021, by and between HYP3R INC., a Delaware corporation ("Assignor"), and HYP3R MEDIA INC., a Delaware corporation ("Assignee").

1.      For good and valuable consideration, the adequacy of which is acknowledged, and to the extent that the Assignor has not done so already via a prior agreement with the Assignee or a predecessor in interest of the Assignee, or if the Assignor has already done so via a prior agreement with the Assignee or a predecessor in interest of the Assignee then in confirmation of any obligation to do so in said prior agreement, Assignor hereby sells, assigns, transfers and conveys to Assignee, and its successors, assigns and legal representatives, the entire right, title and interest, for all countries in and to the inventions disclosed in the following patents and patent applications, together with all applications (including provisional applications) and registrations, divisionals, continuations, continuations-in-part, re-examinations, reissues, extensions and renewals with respect to thereto, in all jurisdictions of the world:

| Patent #   | Application | Filing Date | Title                                        |
| ---------- | ----------- | ----------- | -------------------------------------------- |
| n/a        | 62/403,618  | 10/3/2016   | Location resolution of social media posts    |
| US10187344 | 15/486,229  | 4/12/2017   | Social media influence of geographic locations |
| US10356027 | 15/424,707  | 2/3/2017    | Location resolution of social media posts    |
| n/a        | 16/252,410  | 1/18/2019   | Social media influence of geographic locations |
| n/a        | 16/509,725  | 7/12/2019   | Location resolution of social media posts    |

2.      Assignor also hereby authorizes the Commissioner of Patents to issue any and all Letters Patent which may be granted upon any of the patent applications herein referenced to Assignee, its successors, assigns and legal representatives, or to such nominees as it may designate, as the assignee to the entire interest therein.

3.      Assignor hereby covenants that it has full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict with this Assignment.

4.      Upon Assignee's request, Assignor agrees that it will, at Assignee's cost, execute and deliver all papers and take such actions as are necessary to vest, secure, and perfect Assignee's rights in the aforementioned patents and inventions.

*(Remainder of page intentionally left blank; signature follows)*

sf-4439953

1

IN WITNESS WHEREOF, I have hereunto signed my name on the day and year set forth above.

**HYP3R INC.,**
a Delaware corporation

By: HYPER MEDIA INC., a Delaware corporation, acting by and through a power of attorney granted to it pursuant to the Loan Agreement and otherwise as foreclosing secured creditor in accordance with Section 9620 of the California Commercial Code

By: _____
Name: Margarita Irizarry
Title: Director

*Signature Page to Patent Assignment*

sf-4439953

RECORDED: 04/08/2021

**PATENT
REEL: 055870 FRAME: 0895**