# **EXHIBIT 5**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**900623507    06/14/2021**

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                           ETAS ID: TM653795
Stylesheet Version v1.2

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| RESUBMIT DOCUMENT ID: | 900613329 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Hyp3r Inc. | | 04/05/2021 | Corporation: DELAWARE |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Hyp3r Media Inc. |
| Street Address: | 544 Silverado Drive |
| City: | Tiburon |
| State/Country: | CALIFORNIA |
| Postal Code: | 94920 |
| Entity Type: | Corporation: DELAWARE |

### PROPERTY NUMBERS Total: 4

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5001500 | HYP3R |
| Registration Number: | 5001501 | HYP3R |
| Registration Number: | 5001502 | HYP3R |
| Registration Number: | 5001503 | HYP3R |

### CORRESPONDENCE DATA

**Fax Number:**        4152687522
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent
using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Phone:**            415-268-6538
**Email:**            TMDocket@mofo.com
**Correspondent Name:**    Jennifer Lee Taylor, Morrison & Foerster
**Address Line 1:**      425 Market Street
**Address Line 4:**      San Francisco, CALIFORNIA 94105

| ATTORNEY DOCKET NUMBER: | 75792.4 |
|---|---|
| NAME OF SUBMITTER: | Muzamil Huq |
| SIGNATURE: | /mhuq/ |
| DATE SIGNED: | 06/14/2021 |
| **Total Attachments: 5** | |

source=Hyp3r Media - Updated Confirmatory Trademark Assignment#page1.tif
source=Hyp3r Media - Updated Confirmatory Trademark Assignment#page2.tif
source=Hyp3r Media - Updated Confirmatory Trademark Assignment#page3.tif
source=Hyp3r Media - Updated Confirmatory Trademark Assignment#page4.tif
source=Hyp3r Media - Updated Confirmatory Trademark Assignment#page5.tif

## CONFIRMATORY TRADEMARK ASSIGNMENT

This Confirmatory Trademark Assignment is made effective as of April 5, 2021, by and between HYP3R INC., a Delaware corporation ("Assignor"), and HYP3R MEDIA INC., a Delaware corporation ("Assignee").

1.      For good and valuable consideration, the adequacy of which is acknowledged, Assignor hereby irrevocably and perpetually sells, assigns, transfers and conveys to Assignee, and its successors, assigns and legal representatives, the entire right, title and interest throughout the world, together with all goodwill associated therewith, in and to marks described on Exhibit A attached hereto and incorporated herein:

2.      Assignor hereby covenants that it has full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict with this Assignment.

3.      Upon Assignee's request, Assignor agrees that it will, at Assignee's cost, execute and deliver all papers and take such actions as are necessary to vest, secure, and perfect Assignee's rights in the aforementioned marks.

*(Remainder of page intentionally left blank; signature follows)*

sf-4491429

**TRADEMARK**
**REEL: 007325 FRAME: 0525**

IN WITNESS WHEREOF, I have hereunto signed my name on the day and year set forth above.

**ASSIGNOR**

**HYP3R MEDIA INC., on behalf of HYP3R INC.**
**pursuant to a power of attorney granted by HYP3R INC.**

By: _____
Name:   Margarita Irizarry
Title:    Director
Date:    April 5, 2021

*Signature Page to Confirmatory Trademark Assignment*

sf-4491429

**TRADEMARK**
**REEL: 007325 FRAME: 0526**

**EXHIBIT A**

to Confirmatory Trademark Assignment

| Mark | Country | Application Data | Registration Data | Classes | Owner |
|---|---|---|---|---|---|
| HYP3R | USA | Serial No: 86/687,865 App Date: 07/09/2015 | Reg. No: 5,001,500 Reg Date: 07/19/2016 | 9 | HYP3R Inc. |
| HYP3R | USA | Serial No: 86/687,867 App Date: 07/09/2015 | Reg. No: 5,001,501 Reg Date: 07/19/2016 | 42 | HYP3R Inc. |
| HYP3R | Brazil | Serial No: 910501025 App Date: 01/11/2016 | Reg. No: 910501025 Reg Date: 02/27/2018 | 9 | HYP3R Inc. |
| HYP3R | Brazil | Serial No: 910501041 App Date: 01/11/2016 | Reg. No: 910501041 Reg Date: 03/13/2018 | 42 | HYP3R Inc. |
| HYP3R | Canada | Serial No: 1762838 App Date: 01/11/2016 | Reg. No: TMA996900 Reg Date: 05/17/2018 | 9, 42 | HYP3R Inc. |
| HYP3R | United Kingdom | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: UK00801291651 Reg Date: 01/12/2017 | 9, 42 | HYP3R Inc. |

*Signature Page to Confirmatory Trademark Assignment*

sf-4491429

| Mark | Country | Application Data | Registration Data | Classes | Owner |
|------|---------|------------------|-------------------|---------|-------|
| HYP3R | Madrid Protocol Australia China European Union India Japan Republic of Korea New Zealand Singapore Switzerland<br><br>See specific country below for current status. | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016 | 9, 42 | HYP3R Inc. |
| HYP3R | Australia | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016<br><br>Protected | 9, 42 | HYP3R Inc. |
| HYP3R | China | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016<br><br>Protected | 9, 42 | HYP3R Inc. |
| HYP3R | European Union | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016<br><br>Protected | 9, 42 | HYP3R Inc. |
| HYP3R | India | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016<br><br>Protected | 9, 42 | HYP3R Inc. |
| HYP3R | Japan | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016<br><br>Protected | 9, 42 | HYP3R Inc. |

*Signature Page to Confirmatory Trademark Assignment*

sf-4491429

| Mark | Country | Application Data | Registration Data | Classes | Owner |
|---|---|---|---|---|---|
| HYP3R | Republic of Korea | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016 Protected | 9, 42 | HYP3R Inc. |
| HYP3R | New Zealand | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016 Protected | 9, 42 | HYP3R Inc. |
| HYP3R | Singapore | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016 Protected | 9, 42 | HYP3R Inc. |
| HYP3R | Switzerland | Serial No: IR1291651 App Date: 01/11/2016 | Reg. No: IR1291651 Reg Date: 01/11/2016 Protected | 9, 42 | HYP3R Inc. |
| HYP3R | USA | Serial No: 86/687,871 App Date: 07/09/2015 | Reg. No: 5,001,502 Reg Date: 07/19/2016 | 9 | HYP3R Inc. |
| HYP3R | USA | Serial No: 86/687,875 App Date: 07/09/2015 | Reg. No: 5,001,503 Reg Date: 07/19/2016 | 42 | HYP3R Inc. |

*Signature Page to Confirmatory Trademark Assignment*

**TRADEMARK**
**REEL: 007325 FRAME: 0529**

**RECORDED: 04/29/2021**