Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666
F : 888-509-8168
E : simonlin@evolinklaw.com

*Attorney for Plaintiff Catherine Severs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| CATHERINE SEVERS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS GARCIA, an individual residing in the state of California,<br><br>HYP3R MEDIA INC., a company incorporated in Delaware (Delaware No: 3952420),<br><br>HYP3R INC., a company incorporated in Delaware (Delaware No: 5717317; California SOS No: 3922283), and<br><br>DOES 1-10, inclusive<br><br>Defendants. | Case Number: 3:24-cv-01456-SK<br><br>**PLAINTIFF'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE ON JUNE 10, 2024 BY VIDEO CONFERENCE**<br><br>**Judge:** Magistrate Judge Sallie Kim<br>**Hearing** (Case Management Conference): June 10, 2024 at 1:30PM |

1

**PLAINTIFF'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE ON JUNE 10, 2024 BY VIDEO CONFERENCE**

TO THE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT that the counsel for the Plaintiff is requesting that the June 10, 2024, if it is not changed to August 19, 2024, that Plaintiff's counsel be permitted to attend by video conference (Zoom). A motion to change the date of the Case Management Conference has been submitted for filing on the same day (May 24, 2024, Docs. 13 and 14 – Doc. 14 is a corrected version).

The reason for Plaintiff's counsel to request attendance by video conference is that counsel resides in British Columbia, Canada. Plaintiff's counsel also has other professional obligations in British Columbia, Canada on June 10, 2024 before and after the Case Management Conference. The Plaintiff respectfully submits that personal attendance is not necessary in order to have an effective conference.

Respectfully submitted,

Date: May 24, 2024         By: _____Simon Lin_____

          Simon Lin – State Bar No. 313661
          4388 Still Creek Drive, Suite 237
          Burnaby, BC, Canada V5C 6C6
          T : 604-620-2666; F : 888-509-8168
          E : simonlin@evolinklaw.com

          *Attorney for Plaintiff*

**PLAINTIFF'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE ON JUNE 10, 2024 BY VIDEO CONFERENCE**