UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SEVERS,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS GARCIA, et al.,<br><br>        Defendants. | Case No. 24-cv-01456-SK<br><br>**ORDER GRANTING THIRD MOTION TO EXTEND TIME TO SERVE DEFENDANT CARLOS GARCIA**<br><br>Regarding Docket Nos. 26 |

Before the Court is Plaintiff's third motion for an extension of time to serve Defendant Carlos Garcia. For good cause shown, the Court hereby grants the motion. Plaintiff shall have through March 4, 2025, to complete service on Defendant Carlos Garcia. In light of the foregoing, the Court continues the initial case management conference to March 31, 2025, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: December 3, 2024

_____
SALLIE KIM
United States Magistrate Judge