1  Simon Lin – State Bar No. 313661
   4388 Still Creek Drive, Suite 237
2  Burnaby, British Columbia, Canada V5C 6C6
   T : 604-620-2666
3  F : 888-509-8168
4  E : simonlin@evolinklaw.com

5  *Attorney for Plaintiff Catherine Severs*

6  Joshua A. Korr – State Bar No. 304577
   1 Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   T : 415 870 4816
8  F : 415 306 8744
9  E : josh@altolit.com

10 *Attorney for Defendant Carlos Garcia*

11
                **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
                        *(San Francisco)*
13
                                            )
14 CATHERINE SEVERS, an individual          )  Case Number: 3:24-cv-01456-EMC
            Plaintiff,                       )
15                                           )
        vs.                                  )  **STIPULATION AND ORDER (AS**
16                                           )  **MODIFIED) TO CONTINUE**
   CARLOS GARCIA, an individual residing in )  **SETTLEMENT PLANNING CALL**
17 the state of California,                  )  **SET ON SEPTEMBER 3, 2025**
                                             )
18 HYP3R MEDIA INC., a company              )
   incorporated in Delaware (Delaware No:    )  **Judge:** Hon. Edward M. Chen
19 3952420),                                 )
                                             )
20                                           )
   HYP3R INC., a company incorporated in     )
21 Delaware (Delaware No: 5717317; California )
   SOS No: 3922283), and                     )
22                                           )
                                             )
23 DOES 1-10, inclusive                      )
                                             )
24         Defendants.                       )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27
                            1
28 **STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE SETTLEMENT
   PLANNING CALL SET ON SEPTEMBER 3, 2025**

Pursuant to Civil Local Rule 6-2, plaintiff Catherine Severs (the "**Plaintiff**") and defendant Carlos Garcia (the "**Defendant**") hereby stipulate as follows:

WHEREAS, this action was referred to Chief Magistrate Judge Donna M. Ryu for settlement on August 21, 2025;

WHEREAS, on August 22, 2025 Chief Magistrate Judge Ryu directed that the parties convene on September 3, 2025 10:00 a.m. for a Settlement Planning Call;

WHEREAS, Plaintiff's counsel has a time conflict on September 3, 2025 with an appeal that is scheduled for hearing on that day; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, subject to the approval of the Court, as follows:

1. The Settlement Planning Call be continued to September 10, 2025 10:00 a.m. or such other date that the Court selects.

**SO STIPULATED**

Dated: August 25, 2025            By: _____Simon Lin_____
                                        Simon Lin
                                        Attorney for Plaintiff, Catherine Severs

Dated: August 25, 2025            By: /s/ Josh Korr_____
                                        Joshua A. Korr
                                        Attorney for Defendant, Carlos Garcia

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:** The Settlement Planning Call set for September 3, 2025 at 10:00 a.m. is continued to September 10, 2025 at 11:15 a.m.

Dated: _August 27_, 2025

_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE

2

**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE SETTLEMENT PLANNING CALL SET ON SEPTEMBER 3, 2025**

## CIVIL LOCAL RULE 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that written concurrence in the filing of this document has been obtained from all signatories above.


Dated: August 25, 2025                    By:    _____
                                                 SIMON LIN
                                                 Attorney for Plaintiff, Catherine Severs

3

**STIPULATION AND ORDER (AS MODIFIED)  TO CONTINUE SETTLEMENT PLANNING CALL SET ON SEPTEMBER 3, 2025**