1  Simon Lin – State Bar No. 313661
   4388 Still Creek Drive, Suite 237
2  Burnaby, British Columbia, Canada V5C 6C6
   T : 604-620-2666
3  F : 888-509-8168
4  E : simonlin@evolinklaw.com

5  *Attorney for Plaintiff Catherine Severs*

6  Joshua A. Korr – State Bar No. 304577
   1 Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
8  T : 415 870 4816
   F : 415 306 8744
9  E : josh@altolit.com

10 *Attorney for Defendant Carlos Garcia*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*(San Francisco)*

| | |
|---|---|
| CATHERINE SEVERS, an individual<br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS GARCIA, an individual residing in the state of California,<br><br>HYP3R MEDIA INC., a company incorporated in Delaware (Delaware No: 3952420),<br><br>HYP3R INC., a company incorporated in Delaware (Delaware No: 5717317; California SOS No: 3922283), and<br><br>DOES 1-10, inclusive<br>　　　　Defendants. | Case Number: 3:24-cv-01456-EMC<br><br>**STIPULATION AND ORDER (AS MODIFIED) RE: SETTLEMENT CONFERENCE ON DECEMBER 1, 2025**<br><br>**Judge:** Hon. Edward M. Chen |

1

**STIPULATION AND ORDER (AS MODIFIED) RE: SETTLEMENT CONFERENCE ON DECEMBER 1, 2025**

Pursuant to Civil Local Rule 6-2, plaintiff Catherine Severs (the "**Plaintiff**") and defendant Carlos Garcia (the "**Defendant**") hereby stipulate as follows:

WHEREAS, this action was referred to Chief Magistrate Judge Donna M. Ryu for settlement on August 21, 2025;

WHEREAS, on September 10, 2025 Chief Magistrate Judge Ryu convened a Settlement Planning Call with the Plaintiff and Defendant and at the call fixed December 1, 2025, in-person, for the Settlement Conference [Docket #78];

WHEREAS, Defendant advised on September 11, 2025 that he is not available on December 1, 2025; and

WHEREAS, the Plaintiff and Defendant canvassed alternative dates and the Courtroom Deputy advised on September 15, 2025 that Chief Magistrate Judge Ryu is also available on December 2, 2025, and the parties were directed to file a Stipulation and Proposed Order by September 17, 2025.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, subject to the approval of the Court, as follows:

1. The Settlement Conference be continued to December 2, 2025 at 10:00 a.m. in-person at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

**SO STIPULATED**

Dated: September 17, 2025                By:    /s/ Simon Lin_____
                                                Simon Lin
                                                Attorney for Plaintiff, Catherine Severs

2

**STIPULATION AND ORDER (AS MODIFIED) RE: SETTLEMENT CONFERENCE ON DECEMBER 1, 2025**

1  Dated: September 17, 2025         By:   /s/ Josh Korr
2                                          Joshua A. Korr
3                                          Attorney for Defendant, Carlos Garcia

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the Settlement Conference in-person shall be continued to December 2, 2025 at 10:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the court's on-line calendar at http://www.cand.uscourts.gov) on Friday, prior to the scheduled hearing date. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated September 10, 2025. [See Docket No. 78.]

**IT IS SO ORDERED AS MODIFIED.**

Dated: September 18, 2025



_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that written concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 17, 2025         By:   /s/ Simon Lin
                                        SIMON LIN
                                        Attorney for Plaintiff, Catherine Severs

STIPULATION AND ORDER (AS MODIFIED) RE: SETTLEMENT CONFERENCE ON DECEMBER 1, 2025